brownrudnick

**MEMO ENDORSED**

SIGMUND S. WISSNER-GROSS
direct dial:+1.212.209.4930
swissner-gross@brownrudnick.com

November 17, 2026

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**RE:** ***TAG Middle East U.S. Manufacturing, LLC v. Armored Group, et al.*, 1:26-cv-05672-VSB-OTW: Consented Letter Motion for Extension of Time and Joint Stipulation Regarding ECF No. 87-2**

Dear Judge Broderick:

We represent Defendants Robert Pazderka, The Armored Group LLC (Nevada), the Armored Group, LLC (Arizona), The Armored Group IP, LLC and Armored Capital LLC (collectively, the "Armored Group U.S." or "Defendants").

Pursuant to Your Honor's Individual Rule 1(H), we write to request that the Court (1) set a revised briefing schedule for Defendants' Reply in support of their Motion to Dismiss (ECF No. 69) (the "Motion to Dismiss"), and (2) so-order the parties' stipulation, set forth below, concerning the correction of an exhibit that Plaintiff inadvertently filed with its opposition to the Motion to Dismiss. Plaintiff has reviewed and consented to this letter.

**1. Extension of the Reply Deadline**. Specifically, Plaintiff has consented, subject to Your Honor's approval, to an extension of five (5) days to the deadline for Defendants to file their Reply in support of the Motion to Dismiss from November 20, 2026 to **November 25, 2026**.

The parties previously requested and agreed to one extension of the briefing schedule for the Motion to Dismiss (ECF 77) which the Court granted (ECF 78).

**2. Joint Stipulation Regarding ECF No. 87-2.** On October 14, 2026, Plaintiff filed its opposition to the Motion to Dismiss (ECF No. 88) (the "Opposition"), supported in part by the Declaration of Samuel V. Eichner, dated October 14, 2026 (ECF No. 87) (the "Eichner Declaration"). The Eichner Declaration attaches two exhibits, and it describes Exhibit 2 as "a witness statement from Defendant Tarek Hameidani filed on behalf of Defendant The Armored Group IP LLC in an administrative trademark proceeding in the United Arab Emirates." (ECF No. 87 ¶ 4.) The Opposition cites Exhibit 2 once. Opp. at pg. 9 (ECF No. 88). Plaintiff represents that on November 16, 2026, Plaintiff discovered that the document filed as Exhibit 2 (ECF No. 87-2) is not the UAE

witness statement described in the Eichner Declaration, but rather a witness statement Mr. Hameidani submitted in a proceeding in the United Kingdom. On November 17, 2026, Plaintiff notified Defendants' counsel of the error and provided them with a copy of the correct document, which is attached to this letter as Exhibit A (the "Corrected Exhibit 2"). To ensure the orderly handling of this matter and to correct the record, the parties stipulate and agree, subject to the Court's approval, as follows:

(a) Upon the Court's approval of this stipulation, the Corrected Exhibit 2 (attached hereto as Exhibit A) shall be deemed substituted for ECF No. 87-2 as Exhibit 2 to the Eichner Declaration, and the Opposition's citation to ECF No. 87-2 shall be deemed a citation to the Corrected Exhibit 2.

(b) While Defendants will not argue that the Opposition's citation to ECF No. 87-2 is inaccurate by reason of the incorrect document having been filed as ECF No. 87-2, and will not argue that they have been prejudiced by Plaintiff's inadvertent error, Defendants reserve all other rights.

The Parties appreciate the Court's attention to these matters.

Respectfully Submitted,

Sigmund S. Wissner-Gross

**SO ORDERED.**

**Ona T. Wang** **November 18, 2026**
**U.S.M.J**

# Exhibit A

Corrected ECF No. 87-2

Exhibit 2 to the Eichner Declaration

Tarek Hameidani Witness Statement

## Affidavit of Tarek Hameidani

## إفادة مشفوعة باليمين لطارق حميداني

I, **Tarek Hameidani**, make oath and say as follows:

أنا، **طارق حميداني**، أحلف اليمين وأُقِرّ بما يلي:

1. I am an/a Lebanese citizen, residing in Dubai, United Arab Emirates at Alsafa 1, Street 18a, Villa7, Dubai, UAE and holding passport no. LR 3303033. A copy of my passport is attached hereto as **Exhibit "A"**.

1- أنا مواطن لبناني، أقيم في دبي، الإمارات العربية المتحدة، في: الصفا 1، شارع 18a، فيلا 7، دبي، الإمارات العربية المتحدة، وأحمل جواز سفر رقم LR 3303033. وأرفق طيه نسخة من جواز سفري بوصفها **المستند** "أ".

2. I make this affidavit in support of the ongoing dispute between The Armored Group LLC and related entities ("**The Armored Group**") and TAG Middle East FZC concerning intellectual property associated with The Armored Group's business, including the opposition proceedings concerning trademark application no. 465881 for BATT UMG and trademark application no. 465882 for BATT APC (the "**BATT Oppositions**").

2- أُدلي بهذه الإفادة المشفوعة باليمين دعماً للنزاع القائم بين ذا أرمورد غروب ال ال سي والكيانات المرتبطة بها ("**ذا أرمورد غروب**") وبين تي ايه جي ميدل إيست ش.م.ح بشأن حقوق الملكية الفكرية المرتبطة بأعمال ذا أرمورد غروب، بما في ذلك إجراءات المعارضة المتعلقة بطلب تسجيل العلامة التجارية رقم 465881 لعلامة BATT UMG وطلب تسجيل العلامة التجارية رقم 465882 لعلامة BATT APC (ويُشار إليها بـ "**معارضتي BATT**").

3. Unless otherwise stated, the facts set out below are matters within my own knowledge arising from my role in establishing and managing TAG Middle East and my longstanding involvement with The Armored Group and its business in the Middle East.

3- ما لم يُذكر خلاف ذلك، فإن الوقائع الواردة أدناه هي أمور تقع ضمن علمي الشخصي بحكم دوري في تأسيس وإدارة تي ايه جي ميدل ايست وبحكم مشاركتي الطويلة مع ذا أرمورد غروب وأعمالها في منطقة الشرق الأوسط.

### Establishment of TAG Middle East

### تأسيس تي ايه جي ميدل ايست

4. For many years, I worked closely with The Armored Group, a leading United States-based designer, manufacturer and supplier of armored vehicles and security solutions, whose products have been marketed and supplied internationally, including throughout the Middle East.

4- على مدى سنوات عديدة، عملت عن قرب مع ذا أرمورد غروب، وهي شركة مقرها الولايات المتحدة الأمريكية رائدة في تصميم وتصنيع وتوريد المركبات المصفحة وحلول الأمن، وقد تم تسويق وتوريد منتجاتها دولياً، بما في ذلك في أنحاء منطقة الشرق الأوسط.

5. In or around 2009, following discussions with representatives of

5- في او حوالي عام 2009 ، وبعد مناقشات مع ممثلي

The Armored Group, including its President, Mr. Robert Pazderka, I established TAG Middle East in the United Arab Emirates together with and in coordination with The Armored Group, to develop and expand The Armored Group’s business in the UAE and the wider Middle East region.

ذا أرمورد غروب، بمن فيهم رئيسها السيد روبرت بازديركا، قمت بتأسيس تي ايه جي ميدل ايست في دولة الإمارات العربية المتحدة بالتعاون مع ذا أرمورد غروب وبالتنسيق معها، بهدف تطوير أعمال ذا أرمورد غروب وتوسيع نطاقها في دولة الإمارات العربية المتحدة والشرق الأوسط على نطاق أوسع.

6. From its inception, TAG Middle East operated in close coordination with The Armored Group and was established to support the development and expansion of The Armored Group's business throughout the UAE and the wider Middle East region.

6- منذ تأسيسها، كانت تي ايه جي ميدل ايست تعمل بتنسيق وثيق مع ذا أرمورد غروب وقد تم إنشاؤها لدعم تطوير وتوسيع أعمال ذا أرمورد غروب في دولة الإمارات العربية المتحدة والشرق الأوسط على نطاق أوسع.

7. The establishment, naming and operation of TAG Middle East were undertaken in coordination with The Armored Group. The name "TAG" was derived from and intended to refer to The Armored Group, which was commonly referred to by the abbreviation "TAG".

7- تم تأسيس تي ايه جي ميدل ايست وتسميتها وتشغيلها بالتنسيق مع ذا أرمورد غروب. وقد اشتُق اسم "تي ايه جي" من ذا أرمورد غروب وكان القصد منه الإشارة إليها، إذ كان يُشار إلى ذا أرمورد غروب اختصاراً على نحو شائع بـ " تي ايه جي".

8. The company was intended to act as the regional arm and representative of The Armored Group and not as an independent business developing its own armored vehicle brands.

8- كان المقصود من الشركة أن تعمل بوصفها الذراع الإقليمي والممثل لـ ذا أرمورد غروب، لا باعتبارها نشاطاً تجارياً مستقلاً يطوّر علامات تجارية خاصة به للمركبات المصفحة.

9. As the original owner, President and manager of TAG Middle East, I was directly responsible for its operations, its commercial activities and its relationship with The Armored Group.

9- بصفتي المالك الأصلي والرئيس والمدير لشركة تي ايه جي ميدل ايست، كنت مسؤولاً بشكل مباشر عن عملياتها وأنشطتها التجارية وعلاقتها بـ ذا أرمورد غروب.

**BATT Products**

**منتجات BATT**

10. During the period in which I managed TAG Middle East, the company marketed, promoted, sold and supported armored vehicles associated with The Armored Group, including vehicles under the BATT mark and related BATT product designations.

10- خلال الفترة التي أدرتُ فيها تي ايه جي ميدل ايست، قامت الشركة بتسويق وترويج وبيع ودعم المركبات المصفحة المرتبطة بـ ذا أرمورد غروب، بما في ذلك المركبات التي تُسوّق تحت علامة BATT والتسميات المرتبطة بمنتجات BATT.

11. As the original owner, President and manager of TAG Middle East from its

11- وبصفتي المالك الأصلي والرئيس والمدير لشركة تي

establishment until approximately April 2023, and having been directly responsible for TAG Middle East's operations and relationship with The Armored Group during that period, I confirm that TAG Middle East did not create, develop or originate the BATT mark or any other BATT-related branding or products. The BATT mark, related BATT product designations and the associated vehicle product line originated from The Armored Group and were used by TAG Middle East in connection with its business activities relating to The Armored Group and its products.

ايه جي ميدل إيست منذ تأسيسها وحتى ما يقارب شهر أبريل 2023، وبحكم مسؤوليتي المباشرة عن عمليات تي ايه جي ميدل إيست وعلاقتها بـ ذا أرمورد غروب خلال تلك الفترة، أؤكد أن تي ايه جي ميدل إيست لم تُنشئ أو تطوّر أو تبتكر علامة BATT أو أي علامة تجارية أو تسمية أخرى مرتبطة بـ BATT. إن علامة BATT وتسميات منتجات BATT ذات الصلة وخط منتجات المركبات المرتبط بها قد نشأت من ذا أرمورد غروب، وقد استخدمتها تي ايه جي ميدل إيست في سياق أنشطتها التجارية المتعلقة بـ ذا أرمورد غروب ومنتجاتها.

12. During that period, any use by TAG Middle East of the BATT mark or other BATT-related designations took place in the context of TAG Middle East’s relationship with The Armored Group and its role in promoting, marketing, selling and supporting The Armored Group’s products in the region.

12- خلال تلك الفترة، فإن أي استخدام من قبل تي ايه جي ميدل إيست لعلامة BATT أو غيرها من التسميات المرتبطة بـ BATT كان يتم في سياق علاقة تي ايه جي ميدل ايست بـ ذا أرمورد غروب ودورها في ترويج وتسويق وبيع ودعم منتجات ذا أرمورد غروب في المنطقة.

**Mr. Ismail Gharghar's Involvement**

**مشاركة السيد إسماعيل غارغار**

13. Mr. Ismail Gharghar was not involved in the establishment of TAG Middle East. He had no involvement in the creation of the company, the adoption of its name, the establishment of its relationship with The Armored Group or the development of its business during its formative years.

13- لم يكن السيد إسماعيل غارغار مشاركاً في تأسيس تي ايه جي ميدل إيست. ولم تكن له أي مشاركة في إنشاء الشركة أو اعتماد اسمها أو تأسيس علاقتها بـ ذا أرمورد غروب أو تطوير أعمالها خلال سنواتها التأسيسية.

14. Mr. Gharghar only became involved several years after TAG Middle East had already been established and operating. In or around January 2015, he joined the business as a silent partner pursuant to a partnership arrangement entered with me.

14- لم ينضم السيد غارغار إلى الشركة إلا بعد عدة سنوات من تأسيس تي ايه جي ميدل إيست وبدء مزاولتها لأعمالها. وفي شهر يناير 2015 أو في حدود ذلك التاريخ، انضم إلى الشركة بصفته شريكاً صامتاً، وذلك بموجب اتفاق شراكة أبرمه معي.

15. By the time Mr. Gharghar joined TAG Middle East, the company had already been operating for several years as the regional representative of The Armored Group and had already been promoting and selling products

15- بحلول الوقت الذي انضم فيه السيد غارغار إلى تي ايه جي ميدل إيست، كانت الشركة قد باشرت عملها لعدة سنوات بصفتها الممثل الإقليمي لـ ذا أرمورد غروب وكانت قد بدأت بالفعل في الترويج وبيع

associated with The Armored Group.

المنتجات المرتبطة بـ ذا أرمورد غروب.

16. I personally entered the 2015 partnership arrangement with Mr. Gharghar. Under that arrangement, it was expressly acknowledged that trademarks, trade names, domain names and other intellectual property associated with The Armored Group were not transferred to Mr. Gharghar as part of the partnership. Any use of such rights was contemplated on the basis of licensed use and subject to agreed consideration.

16- لقد أبرمت شخصياً ترتيب الشراكة لعام 2015 مع السيد غارغار. وبموجب ذلك الترتيب، تم الإقرار صراحةً بأن العلامات التجارية والأسماء التجارية وأسماء النطاقات وغيرها من حقوق الملكية الفكرية المرتبطة بـ ذا أرمورد غروب لم يتم نقلها إلى السيد غارغار كجزء من الشراكة. وكان أي استخدام لهذه الحقوق يُتصوَّر على أساس استخدام مرخّص وخاضع لمقابل متفق عليه.

17. Mr. Gharghar signed that agreement and was, to my knowledge, fully aware of those arrangements.

17- وقد وقّع السيد غارغار على ذلك الاتفاق وكان، بحسب علمي، على دراية كاملة بتلك الترتيبات.

18. Mr. Gharghar played no role in the creation, development, selection or adoption of the BATT brand, the BATT UMG designation, the BATT APC designation or any other BATT-related branding associated with The Armored Group's vehicle products.

18- لم يؤدِّ السيد غارغار أي دور في إنشاء أو تطوير أو اختيار أو اعتماد علامة BATT أو تسمية BATT UMG أو تسمية BATT APC أو أي علامة أو هوية تجارية أخرى مرتبطة بـ BATT تخص منتجات مركبات ذا أرمورد غروب.

19. Mr. Gharghar played no role in the creation, development, selection, adoption or commercialisation of the BATT mark or related marks or products.

19- لم يكن للسيد غارغار أي دور في ابتكار علامة BATT أو تطويرها أو اختيارها أو اعتمادها أو استغلالها تجارياً، ولا في ابتكار أو تطوير أو اختيار أو اعتماد أو استغلال أي علامات أو منتجات ذات صلة بها تجاريًا.

**Restructuring the Relationship**

**إعادة هيكلة العلاقة**

20. In or around 2023, the relationship was restructured and I exited TAG Middle East. Until that time, intellectual property associated with The Armored Group belonged to The Armored Group and that any use of such rights by TAG Middle East was governed by the parties' contractual arrangements.

20- في عام 2023 أو في حدود ذلك التاريخ، أُعيدت هيكلة العلاقة بين الأطراف، وانسحبت من تي ايه جي ميدل إيست. وحتى ذلك الوقت، كانت حقوق الملكية الفكرية المرتبطة بـ ذا أرمورد غروب مملوكةً لـ ذا أرمورد غروب، وكان أي استخدام لتلك الحقوق من قبل شركة تي ايه جي ميدل إيست يخضع للترتيبات التعاقدية المبرمة بين الطرفين.

**Historical Activities Relied Upon by TAG Middle East**

**الأنشطة التاريخية التي تستند إليها تي ايه جي ميدل إيست**

21. I understand that in the BATT Oppositions, TAG Middle East relied on historical transactions, sales records, quotations, invoices, correspondence or other documents relating to BATT-branded vehicles that were generated during the period in which I managed TAG Middle East.

21- أفهم أنه في إطار معارضتي BATT، استندت تي ايه جي ميدل إيست إلى معاملات تاريخية وسجلات مبيعات وعروض أسعار وفواتير ومراسلات أو مستندات أخرى تتعلق بمركبات تحمل علامة BATT، تم إنشاؤها خلال الفترة التي أدرت فيها تي ايه جي ميدل إيست.

22. As the person responsible for managing TAG Middle East during that period, I confirm that any such transactions, dealings, sales activities, marketing activities, communications, customer engagements, promotional efforts or other commercial activities relating to BATT-branded vehicles were undertaken by TAG Middle East under the umbrella of, in close coordination with, and pursuant to its commercial relationship with The Armored Group.

22- بصفتي الشخص المسؤول عن إدارة تي ايه جي ميدل إيست خلال تلك الفترة، أؤكد أن أي معاملات أو تعاملات أو أنشطة بيع أو أنشطة تسويق أو اتصالات أو تواصل مع العملاء أو جهود ترويجية أو غير ذلك من الأنشطة التجارية المتعلقة بمركبات تحمل علامة BATT قد اضطلعت بها شركة تي ايه جي ميدل إيست تحت مظلة ذا أرمورد غروب، وبالتنسيق الوثيق معها، وعملاً بعلاقتها التجارية معها.

23. Accordingly, to the extent TAG Middle East relies on documents or activities relating to BATT, BATT UMG, BATT APC or other BATT-branded vehicles arising during my tenure, those documents and activities must be understood in that context. They reflected TAG Middle East's role in promoting, marketing, selling and supporting products originating from The Armored Group.

23- وبناءً عليه، وإلى الحد الذي تعتمد فيه تي ايه جي ميدل إيست على مستندات أو أنشطة تتعلق بـ BATT أو BATT UMG أو BATT APC أو غيرها من المركبات الموسومة بعلامة BATT خلال فترة إدارتي، يجب فهم تلك المستندات والأنشطة في ذلك السياق. فقد كانت تعكس دور تي ايه جي ميدل إيست في ترويج وتسويق وبيع ودعم منتجات منشؤها ذا أرمورد غروب.

24. The facts stated in this affidavit are true to the best of my knowledge, information and belief.

24- إن الوقائع الواردة في هذه الإفادة صحيحة حسب أفضل علمي ومعلوماتي واعتقادي.

**SWORN BY**

**أُدِّيَت اليمين بواسطة**

**TAREK HAMEIDANI**

**طارق حميداني**

at Bali, Indonesia on this 16th day of July 2026

في بالي، اندونيسيا بتاريخ هذا اليوم 16 من شهر يوليو سنة 2026

-----------------------------------------------

**BEFORE ME:**

-----------------------------------------------

-----------------------------------------------

**أمامـي:**

-----------------------------------------------