**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TAG MIDDLE EAST U.S. MANUFACTURING, LLC,

Plaintiff,

-against-

ARMORED GROUP, et al.,

Defendants.

---

26-CV-5672 (VSB) (OTW)

**SEALING ORDER**

**ONA T. WANG, United States Magistrate Judge**:

On October 14, 2026, Plaintiff filed three declarations each with several exhibits in support of their opposition to the motion to dismiss filed by Defendants Robert Pazderka, The Armored Group LLC (Nevada), the Armored Group, LLC (Arizona), The Armored Group IP, LLC, and Armored Capital LLC ("U.S. Defendants"). (ECF Nos. 84, 85, 86).

Although Plaintiff "takes no position on whether good cause exists to restrict public access to these documents," Plaintiff filed these declarations and their accompanying exhibits entirely under seal, along with a letter motion for leave to file under seal, to "preserve the U.S. Defendants' opportunity to tell the Court whether, and to what extent, these materials should remain under seal." (ECF 83).

On October 19, 2026, U.S. Defendants filed a motion to seal Exhibit C from ECF 84 (ECF 84-3), Exhibits B, G, and L from ECF 85 (ECF 85-2, 85-7, 87-12), and Exhibits C and D from ECF 86 (ECF 86-3, 86-4). (ECF 90). U.S. Defendants "do not object to the rest of the documents [in ECF 84-86] remaining public or being refiled publicly as necessary." (*Id.*).

Accordingly, U.S. Defendants' motion is **GRANTED**. ECF Nos. 84, 85, and 86 will remain under seal.

Plaintiff is directed to file public versions of the entirety of ECF Nos. 84, 85, and 86, with only the respective exhibits redacted/sealed. Each new filing shall identify the sealed filing to which it corresponds.

The Clerk of the Court is respectfully directed to close ECF Nos. 83 and 90.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 19, 2026
New York, New York